The Honorable Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KAYLA COSGROVE PIDGEON,

                Plaintiff,

      v.

UNITED STATES OF AMERICA,

                Defendant.

Case No. 2:25-cv-01968-KKE

STIPULATED MOTION AND ORDER
FOR STAY

## **STIPULATED MOTION**

The parties have engaged in settlement discussions and therefore stipulate and agree to stay this case for 60 days in order to attempt resolution of the matter. In order to preserve resources spent on ongoing discovery, the parties believe there is good cause to request this Court to stay the case for 60 days. Because expert disclosures are currently due on July 27, 2026, the 60-day stay will impact all future deadlines in this matter. Therefore, if the matter does not resolve, the parties will provide an update to the Court no later than 60 days from entry of this Order, and jointly propose new pre-trial deadlines for all remaining deadlines and a new trial date. Prior to filing this update, the parties will contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov for assistance in selecting a new trial date.

//

STIPULATED MOTION AND ORDER FOR STAY
[Case No. 2:25-cv-01968-KKE] - 1

**SO STIPULATED.**

DATED this 18th day of June, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax:    (206) 553-4073
Email: kristen.vogel@usdoj.gov

*Attorney for United States of America*

I certify that this memorandum contains 138 words, in compliance with the Local Civil Rules.

*s/    Scott D. Kirk*
SCOTT KIRK, WSBA No. 51115
Brett McCandlis Brown & Connor
200 West Chestnut Street
Bellingham, WA 98225
Phone: (360) 714-0900
Fax:    (866) 437-0623
Email: skirk@brettlaw.com

*Attorney for Plaintiff*

STIPULATED MOTION AND ORDER FOR STAY
[Case No. 2:25-cv-01968-KKE] - 2

**ORDER**

The parties' stipulated motion is GRANTED.  Dkt. No. 14.  For good cause, this case is stayed until August 17, 2026, to allow the parties to attempt early resolution.  No later August 17, 2026, the parties shall either update the Court that the case has resolved or propose new deadlines for the remaining case schedule.

DATED this 18th day of June, 2026.

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER FOR STAY
[Case No. 2:25-cv-01968-KKE] - 3